## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; | ) | |
| HOUSE OF CASH, INC.; | ) | |
| BENEFIT MUSIC; | ) | |
| COMBINE MUSIC CORP.; | ) | |
| CYANIDE PUBLISHING; | ) | |
| MJ PUBLISHING TRUST d/b/a MIJAC | ) | |
| MUSIC; | ) | |
| SONGS OF UNIVERSAL, INC.; | ) | 8:16CV485 |
| CROOKED CHIMNEY MUSIC INC.; | ) | |
| EMI BLACKWOOD MUSIC, INC.; | ) | ORDER TO |
| SONY/ATV SONGS LLC, d/b/a | ) | SHOW CAUSE |
| SONY/ATV TREE PUBLISHING; | ) | |
| NASHVILLE STAR MUSIC, | ) | |
| A Division of Reveille Music Publishing | ) | |
| LLP; and | ) | |
| CARNIVAL MUSIC COMPANY, d/b/a | ) | |
| TILTAWHIRL MUSIC; | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **KURT T. KONTOR and KRISTINE L.** | ) | |
| **KONTOR, each Individually and d/b/a 501** | ) | |
| **BAR & GRILL,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

  This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

  Plaintiffs filed the instant Complaint on October 25, 2016. Filing No. 1. On December 5, 2016, the defendants filed an unopposed motion for an additional 30-days to file an answer to the Complaint, which extension the court granted by text order on December 6, 2016. Filing Nos. 34 and 35. Defendants subsequently requested two more unopposed extensions of time to file an answer, which the court granted. See Filing Nos.

36, 38, 39, and 40. The court's last text order, entered January 20, 2017, provided the defendants until February 2, 2017, to file an answer or otherwise respond to the Complaint. Filing No. 40. The defendants have not filed an answer and no further activity has taken place in the case since that date. It remains the plaintiffs' duty to go forward in prosecuting the case against the defendants. Under the circumstances, the plaintiffs must make a showing of good cause for failure to prosecute the defendants, or the action must be dismissed. Accordingly,

**IT IS ORDERED:** The plaintiffs have until **March 28, 2017**, to show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

DATED: March 7, 2017.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**