# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., HOUSE OF CASH, INC., BENEFIT MUSIC, COMBINE MUSIC CORP., CYANIDE PUBLISHING, MJ PUBLISHING TRUST, SONGS OF UNIVERSAL, INC., CROOKED CHIMNEY MUSIC INC., EMI BLACKWOOD MUSIC, INC., SONY/ATV SONGS LLC, NASHVILLE STAR MUSIC, a Division of Reveille Music Publishing LLP; and CARNIVAL MUSIC COMPANY, <br><br>Plaintiffs, <br><br>vs. <br><br>KURT T. KONTOR, Individually; and KRISTINE L. KONTOR, Individually; <br><br>Defendants. | 8:16CV485 <br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice, ECF No. 47. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice, ECF No. 47, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 6th day of September, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge